IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Jones, Johnny L | Case Number:  08 B 09310 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/5/08 | Filed:  4/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 960.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 11,832.48 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 368.46 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 120.50 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 205.90 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 57.14 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 91.10 | 0.00 |
| 9. | Bank Of America | Unsecured | | No Claim Filed |
| 10. | Blue Island Radiology Consult | Unsecured | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | First Cash Advance | Unsecured | | No Claim Filed |
| 13. | Gregory Emergency Physicians | Unsecured | | No Claim Filed |
| 14. | HSBC | Unsecured | | No Claim Filed |
| 15. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 16. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 17. | HSBC | Unsecured | | No Claim Filed |
| 18. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Medical Building Bureau | Unsecured | | No Claim Filed |
| 21. | Sullivan Financial | Unsecured | | No Claim Filed |
| 22. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 23. | St Francis Hospital | Unsecured | | No Claim Filed |
| 24. | Medical Building Bureau | Unsecured | | No Claim Filed |
| 25. | St Francis Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Johnny L | | Case Number: 08 B 09310 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | | Filed: 4/16/08 |

| | | | | |
|---|---|---|---|---|
| 26. | University Of Illinois Medical | Unsecured | | No Claim Filed |
| 27. | GEMB | Unsecured | | No Claim Filed |
| 28. | Global Payments | Unsecured | | No Claim Filed |
| 29. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |

$ 13,635.58    $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate    Total Fees

_____

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_